| | |
|---|---|
| **From:** | Eugene Santos <eugenesantos233@yahoo.com> |
| **Sent:** | Wednesday, August 5, 2020 12:11 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Todays Conversation/Evidence Submitted 12:08pm |
| **Attachments:** | Joy.pdf; Grant (Open).pdf; Cold Stone.pdf |
| **Categories:** | ▓▓▓▓ |

▓▓▓▓ be sure to read and download the attachments
Department of Education Complaint 01-20-2236
Complaint Against West Warwick Police Department
Complaint Against Johnson & Wales University Providence

If you for some reason need more information or support in regards to this matter please send me a message or call me 401-919-2755

Providence Police Department Report 2020-00500368
Submitted to The Best of My Ability and Knowledge