| | |
|---|---|
| **From:** | Eugene Santos <eugenesantos233@yahoo.com> |
| **Sent:** | Wednesday, August 5, 2020 1:58 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Re: Update To Status of Expected Wages (Corrections on Last Forms) Service of Lawsuit against Johnson & Wales University, Stephanie Ann Dixon, Matthew Parker and Stefanie a Murphy |
| **Attachments:** | Cold Stone.pdf; Helpful Information.pdf; Legal Standard.pdf; complaint_for_a_civil_case840Clery.docx |
| **Categories:** | |

Here is the correction with the folder extracted
Submitted @ 1:57pm
Wednesday August 5th 2020

On Wednesday, August 5, 2020, 01:48:02 PM EDT, RID_ECF_INTAKE <rid_ecf_intake@rid.uscourts.gov> wrote:

Please be advised all documents must be in PDF form. The Clerk's Office cannot accept document sin ".Zip" form. Please resend all documents sent in ".Zip" form.

**From:** Eugene Santos <eugenesantos233@yahoo.com>
**Sent:** Wednesday, August 5, 2020 1:44 PM
**To:** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>
**Subject:** Update To Status of Expected Wages (Corrections on Last Forms) Service of Lawsuit against Johnson & Wales University, Stephanie Ann Dixon, Matthew Parker and Stefanie a Murphy

Full Address of Lawsuit Being Served

In Care Of Stephanie Ann Dixon (Defendant/Contempt Order)

6 Wanton Shippee Road

East Greenwich, Rhode Island

Thank You

1

Here is the corrected forms

I believe I am the server

My prepared fees were used for the Balance spent on my tuition (Over a 13 year period and the minimum suggested relief from being a victim of the

Clery Act, Upon my first route to college I enlisted as A Marine and was awarded the Martin Luther King Junior Scholarship for my story homeless to higher education, The settlement for relief will help me move on with my own life and non profit

## Clery Act fines

Clery Act fines were originally $25,000 per violation but have increased periodically from $27,500 to $35,000 and then **$53,907**, according to Campus Security Consultant S. Daniel Carter.

Please make sure to read all the documents to the best of your knowledge

Thanks