| | |
|---|---|
| **From:** | Eugene Santos <eugenesantos233@yahoo.com> |
| **Sent:** | Thursday, August 6, 2020 8:01 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Re: Good Morning, I believe the forms may have looked confusing, this is to confirm that I declared that I am not in prison and that I am the petitioner |
| **Attachments:** | 1.docx; 2.pdf; Cold Stone.pdf; Legal Standard.pdf |

Dear Staff
Thanks so much for helping me during this process
Here are the update forms
Sincerely, Eugene Nicholas Ermilo Santos (Plaintiff)


On Thursday, August 6, 2020, 07:44:44 AM EDT, RID_ECF_INTAKE <rid_ecf_intake@rid.uscourts.gov> wrote:


Mr. Santos,


Please be advised only page one was received. If you intended to file the full Motion, please resend in PDF form.


Sincerely,

The Clerk's Office


**From:** Eugene Santos <eugenesantos233@yahoo.com>
**Sent:** Thursday, August 6, 2020 7:29 AM
**To:** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>
**Subject:** Good Morning, I believe the forms may have looked confusing, this is to confirm that I declared that I am not in prison and that I am the petitioner


Have a nice day


amount at stake is more than $75,000

I would help repay any court fees after I am awarded my settlement

1

claims up to $30,000, domestic violence **cases**, landlord/tenant disputes, replevin (the recovery of goods claimed to be wrongfully taken or **held**), and civil **cases**

I understand that the asking price against the Police Officer who called me a faggot is a requested settlement of 30,000 thousand dollars
Have a nice day