| | |
|---|---|
| **From:** | Eugene Santos <eugenesantos233@yahoo.com> |
| **Sent:** | Monday, August 10, 2020 9:35 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Court Forms |
| | |
| **Categories:** | Being Worked On |




Do you have something that has been scanned into the courts and approved verifying I am the Plaintiff, Eugene Nicholas Ermilo Santos

Thank you very much
Your response has been accommodating to my victim request for aid

Sent from Yahoo Mail for iPhone



*Yahoo Mail Stationery*

1