| | |
|---|---|
| **From:** | Eugene Santos <eugenesantos233@yahoo.com> |
| **Sent:** | Monday, August 10, 2020 9:37 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Re: FOIA Summary (Federal Protected Services Needed) |
| **Categories:** | Being Worked On |

Good Afternoon,

I believe that all forms have been sent to you with readiness, ensuring that this case is seen in a timely manner is their an expectation on what day I would see Potter,Carrie and Magistrate Judge Lincoln D. Almond. (Potter, Carrie) 1:20-cv-00335-

Thank You

877WarVets
(877) 927-8387

Sent from Yahoo Mail for iPhone

On Monday, August 10, 2020, 9:33 AM, RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov> wrote:

> Mr. Santos,
>
> As the Clerk's Office has previously stated to you, **all documents must be in PDF form and your case number must be visible on all document**.  This ensures that all documents are properly uploaded in the correct case. For additional information on filing documents, we direct you to our local rules.
>
> Sincerely,
>
> The Clerk's Office
>
> ---
>
> **From:** Eugene Santos <eugenesantos233@yahoo.com>
> **Sent:** Sunday, August 9, 2020 11:34 AM
> **To:** california_privacy@verizonmedia.com; RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>
> **Subject:** FOIA Summary (Federal Protected Services Needed)
>
> History of More Then 7 Clery Complaints

Bias

11:25

www.verizonmedia.com

Cancel                                              AOL

# verizon√
# media

you may cancel and delete your Yahoo account by clicking here. For more information, please visit the r Help Center.

c. Unless stated differently for your country in Section may temporarily or permanently suspend or termina account or impose limits on or restrict your access t all of the Services at any time, without notice and for reason, including, but not limited to, violation of thes court order, or inactivity.

d. Subject to any statutory rights you might have, if you is terminated, access to your username, password, related information, files, and content associated wi account may be terminated and your username ma recycled for use by others. If the Service is a paid se

4



 Chat with BBB.

Thank you for contacting BBB.

Please understand you are chatting with BBB Bot Erin and not any other business.

Okay, can I please have your first and last name?

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, August 9, 2020, 8:07 AM, Eugene Santos <eugenesantos233@yahoo.com> wrote:

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Sunday, August 9, 2020, 8:04 AM, Eugene Santos <eugenesantos233@yahoo.com> wrote: