| | |
|---|---|
| **From:** | Gino Santos <ginosantos13@aol.com> |
| **Sent:** | Monday, August 10, 2020 11:47 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Information Related To Complaint 1:20-cv-00335 |

Hello this message arrived today to support the Plaintiff Eugene Nicholas Ermilo Santos For Their Case Recommendation for Magistrate
1:20-cv-00335

Sincerely
Chief Eugene Nicholas Ermilo Santos (Presidente De Projec+ No 1One%)
Japan Flag

-----Original Message-----
From: Clery <Clery@ed.gov>
To: Gino Santos <ginosantos13@aol.com>
Sent: Mon, Aug 10, 2020 10:31 am
Subject: RE: RE: Hello I need to file a Clery Act Complaint Against A University Campus

Dear Mr. Santos,

Thank you for contacting the U.S. Department of Education ("the Department"). I am writing to confirm receipt of your complaint, dated August 10, 2020, in which you allege that Johnson and Wales University - Providence has violated the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act (*Clery Act*).

The intent of the *Clery Act* is to ensure that students, employees, parents, and members of the general public have ready access to the information that will allow them to make informed decisions about where they will study, work, and/or live. As the Departmental agency charged with enforcing the *Clery Act*, the Clery Group (CG) is committed to identifying, addressing, and correcting violations of the *Clery Act* so that members of campus communities can have confidence in the information provided to them regarding campus crime and campus safety.

CG is currently reviewing your complaint. A Campus Crime Compliance Specialist may contact you during this assessment to gather more information about the nature of your allegations and the institution at issue. CG may also contact the subject college to obtain information concerning your allegations and any other information that the CG feels pertinent to investigate. Once this information has been gathered, the CG will evaluate all of the available facts and circumstances, in total, before making a determination as to the proper course of action to take, if any.

If you have any supplemental materials that you believe would be of assistance to our assessment of your claim or have any questions, please email them to clery-complaints@ed.gov.

Thank you for contacting the Clery Croup.

Doug Rose, CPP
Clery Group
Federal Student Aid
United States Department of Education

UCP-82D1
Washington, DC  20202

**From:** Gino Santos <ginosantos13@aol.com>
**Sent:** Monday, August 10, 2020 10:00 AM
**To:** Clery <Clery@ed.gov>
**Subject:** Fwd: RE: Hello I need to file a Clery Act Complaint Against A University Campus

initiate a Clery Act Complaint.

Please provide some basic details concerning your complaint:

They forced me to strip down naked in the hospital and made fun of my mental health
They also called my neighbor who served in Vietnam a Potted Plant (Racist)
- Date and time of the incident
Feb 21st 2018
June 8th 2019
Jan 24th 2020
Jan 23rd 2029

- Date and time reported to the institution

The institution has threatened me telling me if I say anything about being sexually assaulted on campus that they would put me in prison
When I reported what happened to the local police an officer called me a faggot and began choking me
I will send you the information of all this that is documented with the Department of Education, Office for Civil Rights
- Who did you report the incident to at the institution
Campus Police on 7/26/2020
- Location of the incident:
Dorrance Street, 292 Elmwood Avenue and Superior Court 250 Benefit Street

  -- Name of the Institution
Johnson and Wales University
   -- On or off campus
I was beat up by an African American
Man who followed me off the train and through Johnson and Wales University Providence Campus
      --- Precise location on or off campus
Amtrak Station (The Cove)
- The actions taken (or not taken) by the institution
The institution expelled me from college when I spoke up about what happened to me, someone on campus called me an aids infested crackhead
They have denied me Financial Student Aid services for 2 years
They have threatened me with legal actions
I am scared of their staff who sexually assaulted me
I was assaulted by both the Orientation Department and a guidance counselor named Stephanie Ann Dixon who held me against my will for speaking up about veteran well being on campus
- Your specific complaint against the institution
They expelled me
They used character defaming activities
They made me miss class
I never got to graduate because that made comments against my mental health status
They shared my complaint with other universities and sent me harassing mail
They used attorneys to threaten me; telling me I am not allowed to use Facebook or Twitter
They told me I can't use Instagram

- Specific information revolving around the incident
I was suspended for helping a girl with Narcan intervention training
I am a transgender women who wants my tuition returned to me at 68,072.73 dollars

I was studying homeland security
We should began to fine the campus for violating the Clery Act
Their actions caused me to miss out on job and career opportunities
I need a refund
Fines begin at 25,000 and also the department of education is suggesting noncompliance terming that their FsA should be expired, suspended and terminated (including termination of campus grants)
- The name and point of contact of any other agency that you reported your incident

United States Department of Education
Complaint No. 01-20-2199

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, August 10, 2020, Clery <Clery@ed.gov> wrote:

> Good morning,
>
> We have received your brief complaint, but at this point, we request additional information in order to initiate a Clery Act Complaint.
>
> Please provide some basic details concerning your complaint:
>
> - Date and time of the incident
> - Date and time reported to the institution
> - Who did you report the incident to at the institution
> - Location of the incident:
>   -- Name of the Institution
>   -- On or off campus
>      --- Precise location on or off campus
> - The actions taken (or not taken) by the institution
> - Your specific complaint against the institution
> - Specific information revolving around the incident
> - The name and point of contact of any other agency that you reported your incident
>
> The above is simply some of the information that we request in order to review and start to make a determination concerning your complaint.
>
> Sincerely,
> Doug
>
> Doug Rose, CPP
> Clery Group
> Federal Studdnt Aid
> Department of Education
> Washington, D.C.
>
> -----Original Message-----
> From: Gino Santos <ginosantos13@aol.com>
> Sent: Monday, August 10, 2020 6:22 AM
> To: Clery <Clery@ed.gov>
> Subject: Hello I need to file a Clery Act Complaint Against A University Campus
>
> Thank You
> This is an emergency
> I was sexually assaulted by a staff member I was also sexually assaulted by a orientation leader Department of Education Complaint 01-20-2236