| | |
|---|---|
| **From:** | Nicholas Ermilo <AlfonsoSupreme@gmx.com> |
| **Sent:** | Monday, August 17, 2020 12:22 PM |
| **To:** | DHawes@CommunityCareRI.org; Megan.Clingham@Doa.Ri.Gov; RID_ECF_INTAKE |
| **Cc:** | schoolsprogram@adaptpharma.com; sgrimes@northkingstown.org; Rana Smith; OCR.Boston@ed.gov; ericrubenlaw@gmail.com |
| **Subject:** | This Filing Is Prepared To Announce That The Recommendation To Dismiss the Case Has Been Returned With Consent by the Plaintiff Known as Eugene Nicholas Ermilo Santos |
| **Attachments:** | District Court 8262020.pdf; Updated Information.docx |

Debbie This Is The Last PDF To Print
Thank You
Signed With Plaintiffs Consent On 8/17/2020

> **Sent:** Monday, August 17, 2020 at 12:10 PM
> **From:** "Nicholas Ermilo" <AlfonsoSupreme@gmx.com>
> **To:** Megan.Clingham@Doa.Ri.Gov, "RID_ECF_INTAKE" <RID_ECF_INTAKE@rid.uscourts.gov>, ericrubenlaw@gmail.com
> **Subject:** This Filing Is Prepared To Announce That The Recommendation To Dismiss the Case Has Been Returned With Consent by the Plaintiff Known as Eugene Nicholas Ermilo Santos
>
> Have A Nice Day
> REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e) Lincoln D. Almond, United States Magistrate Judge Background Eugene Nicholas Ermilo Santos 8/17/2020 12:03PM Eugene Nicholas Ermilo Santos Due to the amount of harm I believe this case would cause the Defendants, I am herby dismissing this case, "As you know, the Appeals Court issued a decision dismissing your appeal, As a result, I filed a petition for further appellate review to the Supreme Judicial Court, the highest state court in Massachusetts, As of today, I have not heard from the Supreme Court" If you have any questions, please do not hesitate to contact Eric W. Ruben Attorney At Law 867 Boylston Street Boston, MA 02116 857-362-8093 ericrubenlaw@gmail.com Summary: August 26th 2020 Decision
>
> https://www.govinfo.gov/content/pkg/USCOURTS-rid-1_20-cv-00335/pdf/USCOURTS-rid-1_20-cv-00335-0.pdf