| | |
|---|---|
| **From:** | Nicholas Ermilo <AlfonsoSupreme@gmx.com> |
| **Sent:** | Monday, August 17, 2020 12:38 PM |
| **To:** | RID_ECF_INTAKE; clery-complaints@ed.gov; Megan.Clingham@Doa.Ri.Gov |
| **Subject:** | This Form Shows I Am Aware That Magistrate Judge Lincoln D. Almond has decided to dismiss my case 1:20-cv-00335 |
| **Attachments:** | Morris Island.pdf; Updated Information.docx |

"

Consumer reported severe side effects that were observed while studying Homeland Security on Campus

Based on Information Provided to Them by the United States Army and Community College of Rhode Island, It would be appropriate to award Nicholas Ermilo $500,000 USD to promote wellness, clarity and professional standards. "


Www.EvolvTechnology.Com

+14014210606

+14014145465 For Immediate Emergency Details Related To Alcohol And Drug Abuse

+14019427867 (Providence Safe Stations)

+18005972557 Shatterproof Volunteer Ambadassdor Services


https://www.smithsdetection.com/products/ionscan-500dt-2/


Charmin