| | |
|---|---|
| **From:** | Eugene Santos <eugenesantos233@yahoo.com> |
| **Sent:** | Monday, August 24, 2020 4:32 AM |
| **To:** | RID_ECF_INTAKE; Graduateprovidence Info; Columbia University; Progresolatino Info; lewisg@fdny.nyc.gov |
| **Subject:** | Fw: Retaliation Complaint 01-20-2236 |
| **Categories:** | |







Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, August 24, 2020, 4:27 AM, Eugene Santos <eugenesantos233@yahoo.com> wrote:

Good Morning

Since I asserted my rights in Civil Courts
The campus has continued to threaten me in court

You can see here that United States District Court has filed a lawsuit against Johnson and Wales University

Can you please communicate with them to let them know all forms of retaliation are prohibited? They are starting to scare me, they shared this information with 3 other colleges (URI, Framingham State University and Bryant University)

The campus has threatened me to come to Superior Court on October 13th 2020
I hope you have some lawyers to step in because this is your responsibility to keep me safe.
I copied in the FBI in this email
Who should be aware of your steps
Omar Mateen/Jan 23rd 2020

Santos v. Johnson and Wales University et al (1:20-cv-00335), Rhode Island District Court



**Santos v. Johnson and Wales University et al (1:20-cv-00335), Rhode Island District Court**

Santos v. Johnson and Wales University et al (1:20-cv-00335), Rhode Island District Court, Filed: 08/05/2020

[Santos v. Johnson and Wales University et al](#)



**Santos v. Johnson and Wales University et al**

Civil Rights: Other case filed on August 5, 2020 in the Rhode Island District Court

Campus vouched they had no further relationship with Eugene after October 28th 2018 Campus continued to harass Eugene and inform him that they were no longer a part of the campus, this remains odd to Eugene because Eugene asked to be taken out of classes between February and June 2018, The process is frivolous, and lacked no competence (they acted like a gunner who returned to campus several times to execute students and staff, Matthew shrieked, Ruben stared and Framingham Filibusted

(Cutting medical life support off before a trial
Submission Reference ID: 51SW8GEW
Submission Reference ID: 9TLC9ELJ
**Campus continues to email student (Letters are also considered emails)**
**Third Party Complaints**
**Matthew Parker was never introduced to the Student so why are they leading a bogus law program**

**Court exhausted Courtneys Medical History**

Submission Reference ID: 9GQ63YWD

+1 (516) 304-0015

User 605785653

Submission Reference ID: 2R8E4WJV

23-08-2020 13-09_78
Submission Reference ID: **2R8E4WJV**

You have no right to call me a defendant after the rape trauma I experienced on campus
This is a civil rights violation!

Where and When

Sent from Yahoo Mail for iPhone