**From:**     Eugene Santos <eugenesantos233@yahoo.com>
**Sent:**     Monday, August 24, 2020 12:13 PM
**To:**       RID_ECF_INTAKE
**Subject:**  Retaliation Complaint 01-20-2236 Found

tracking number is T20002676.

The Department of Education is suppose to be warning the defendants about the Clery Act in filing against Magistrate Judge Lincoln D. Almond
Had a Clery Investigation been performed we would have saved Jeanne

Framingham Continued
X

As of today I have been informed that Noncompliance can be determined to suspend and terminate FSA

Have a Nice Day
Their is no need for any future filings
I also declare this information has been submitted similarly to the Providence Police Department

Sent from Yahoo Mail for iPhone

On Monday, August 24, 2020, 12:09 PM, Eugene Santos <eugenesantos233@yahoo.com> wrote:

Someone representing The Defendant came to my
House today, The Defendant also has filed a case against me after I told you my friends were murdered and that I came forward to testify after the Office of Civil Rights told me that the campus is Prohibited from Retaliating

As of today I have received 3 threats for submitting this information to United States District Court
Hipaa Violations

For The Last Time, My Pronouns Are She in This Case

You may wish to close this case with a finding that Stephanie Ann Dixon was reported for Sexual Assault to the West Warwick Police Department Sex Offender Hotline

Sent from Yahoo Mail for iPhone

On Monday, August 24, 2020, 11:36 AM, RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov> wrote:

Mr. Santos,


Please advise as to what case this pertains to.


Sincerely,

The Clerk's Office

---

**From:** Eugene Santos <eugenesantos233@yahoo.com>
**Sent:** Monday, August 24, 2020 4:32 AM
**To:** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>; Graduateprovidence Info <info@graduateprovidence.com>; Columbia University <ugrad-ask@columbia.edu>; Progresolatino Info <info@progresolatino.org>; lewisg@fdny.nyc.gov
**Subject:** Fw: Retaliation Complaint 01-20-2236





7:00

🔒 uscis.gov — Private

## USCIS Response to Coronavirus 2019 (C(

Official Website of the Department of Homeland Security
Here's how you know ∨

U.S. Citizenship
and Immigration
Services

Search our Site



Scams, Fraud, and Misconduct

# USCIS Tip Form - Confirmation

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, August 24, 2020, 4:27 AM, Eugene Santos
<eugenesantos233@yahoo.com> wrote:

> Good Morning
>
> Since I asserted my rights in Civil Courts
>
> The campus has continued to threaten me in court
>
> You can see here that United States District Court has filed a lawsuit
> against Johnson and Wales University
>
> Can you please communicate with them to let them know all forms of
> retaliation are prohibited? They are starting to scare me, they shared
> this information with 3 other colleges (URI,Framingham State University
> and Bryant University)
>
> The campus has threatened me to come to Superior Court on October
> 13th 2020
>
> I hope you have some lawyers to step in because this is your
> responsibility to keep me safe.
>
> I copied in the FBI in this email
>
> Who should be aware of your steps
>
> Omar Mateen/Jan 23rd 2020
>
> Santos v. Johnson and Wales University et al (1:20-cv-00335), Rhode
> Island District Court





**Santos v. Johnson and Wales University et al (1:20-cv-00335), Rhode Island District Court**

Santos v. Johnson and Wales University et al (1:20-cv-00335), Rhode Island District Court, Filed: 08/05/2020

Santos v. Johnson and Wales University et al





**Santos v. Johnson and Wales University et al**

Civil Rights: Other case filed on August 5, 2020 in the Rhode Island District Court

Campus vouched they had no further relationship with Eugene after October 28th 2018
Campus continued to harass Eugene and inform him that they were no longer a part of the campus, this remains odd to Eugene because Eugene asked to be taken out of classes between February and June 2018, The process is frivolous, and lacked no competence (they acted like a gunner who returned to campus several times to execute students and staff, Matthew shrieked, Ruben stared and Framingham Filibusted

(Cutting medical life support off before a trial
Submission Reference ID: **51SW8GEW**
Submission Reference ID: **9TLC9ELJ**

**Campus continues to email student (Letters are also considered emails)**
**Third Party Complaints**
**Matthew Parker was never introduced to the Student so why are they leading a bogus law program**

**Court exhausted Courtneys Medical History**


Submission Reference ID: **9GQ63YWD**


+1 (516) 304-0015


User 605785653

Submission Reference ID: **2R8E4WJV**
23-08-2020 13-09_78
Submission Reference ID: **2R8E4WJV**




You have no right to call me a defendant after the rape trauma I experienced on campus

This is a civil rights violation!



Where and When

Sent from Yahoo Mail for iPhone